

# Fourth Court of Appeals
## San Antonio, Texas

December 19, 2019

No. 04-19-00845-CR

John Anthony **KOSHGARIAN,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR7331
Honorable Jefferson Moore, Judge Presiding

# O R D E R

On December 17, 2019, appellant's appointed appellate attorney filed a motion to withdraw as counsel, asserting appellant has retained Mr. Dante Eli Dominguez as his appellate attorney. Attached to the motion to withdraw is a notice of appearance filed in the trial court on December 9, 2019. The notice of appearance was filed after the notice of appeal was filed, and Mr. Dominguez has not filed any notice in this court stating he represents appellant. It is therefore ORDERED that the motion to withdraw is HELD IN ABEYANCE. Mr. Dominguez is ORDERED to file notice in this court no later than ten days from the date of this order stating whether or not he represents appellant in this appeal. *See* TEX. R. APP. P. 6.2.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of December, 2019.

_Michael A. Cruz_
MICHAEL A. CRUZ,
Clerk of Court